Barbara A. Smart, Esq. SBN: 147719
Smart Legal Services
Barbara A. Smart
22693 Hesperian Blvd., Ste. 210
Hayward, CA 94541

Tel: 510-670-0101
Fax: 510-783-1645
Attorney for Debtor(s).

IN THE UNITED STATES BANKRUPCTY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

**CIPRIANO REYNA and**

**HERMINDA REYNA**

Debtors.

) Case No **17-41967**
)
) **NOTICE OF NON OPPOSITION TO**
) **MOTION FOR RELIEF FROM STAY**
)
) Date: September 06, 2017
) Time: 1:30 PM
) Location: Oakland, Room 201
) Judge: Hon. Roger Efremsky
)

Please be advised that the debtor has no opposition to the Motion for Relief from Stay filed by **Wells Fargo Bank, N.A.** ("Movant") scheduled for September 06, 2017@ 1:30 pm. Debtors will be paying all arrears through their Chapter 13 plan on the property commonly known as 36689 Hafner Street, Newark, CA 94560 (Property Herein).

Dated this 29th day of August 2017

*/s/: Barbara A. Smart*
Barbara A. Smart
Attorney for Debtor